UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **S E A L E D** |
| | ) | |
| v. | ) | CR No. 05-60128-AA |
| | ) | |
| DANIEL GERARD McGOWAN, aka "Sorrell", | ) ) | **INDICTMENT** |
| | ) | [18 U.S.C. §§ 844(i); 924(c)(1)(A)(i) & |
| Defendant. | ) | (B)(ii) & (C)(ii); and 2] |

**THE GRAND JURY CHARGES:**

**COUNT 1**

On or about January 2, 2001, at Glendale, Douglas County, in the District of Oregon, defendant DANIEL GERARD McGOWAN, also known as "Sorrell, and others known and unknown to the Grand Jury, unlawfully and willfully caused and aided, abetted, counseled, commanded, induced, and procured the malicious damaging and destroying, by means of fire and an explosive, of a building and other real and personal property used in interstate commerce and used in activities affecting interstate commerce, namely, a building and its contents located at Superior Lumber Company, 2695 Glendale Valley Road, Glendale, Douglas County, Oregon; all in violation of Title 18, United States Code, Sections 844(i) and 2.

/ / /

Page 1 -    INDICTMENT

## COUNT 2

On or about January 2, 2001, at Glendale, Douglas County, in the District of Oregon, defendant DANIEL GERARD McGOWAN, also known as "Sorrell", and others known and unknown to the Grand Jury, unlawfully and knowingly used and carried one or more destructive devices, namely, one or more incendiary bombs, during and in relation to a crime of violence, namely, arson, in violation of Title 18, United States Code, Section 844(i), as charged in Count 1 of this indictment, and possessed such destructive devices in furtherance of such crime; all in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i) & (B)(ii) & (C)(ii) and 2.

## COUNT 3

On or about May 21, 2001, at Clatskanie, Columbia County, in the District of Oregon, defendant DANIEL GERARD McGOWAN, also known as "Sorrell", and others known and unknown to the Grand Jury,  unlawfully and willfully caused and aided, abetted, counseled, commanded, induced, and procured the attempt to damage or destroy, by means of fire and an explosive, a building and other real and personal property used in interstate commerce and used in activities affecting interstate commerce, namely, the main office building and its contents located at Jefferson Poplar Farms, 79114 Collins Road, Clatskanie, Columbia County, Oregon; all in violation of Title 18, United States Code, Sections 844(i) and 2.

## COUNT 4

On or about May 21, 2001, at Clatskanie, Columbia County, in the District of Oregon, defendant DANIEL GERARD McGOWAN, also known as "Sorrell", and others

Page 2 -        INDICTMENT

known and unknown to the Grand Jury, unlawfully and knowingly used and carried one or more destructive devices, namely, one or more incendiary bombs, during and in relation to a crime of violence, namely, attempt to commit arson, in violation of Title 18, United States Code, Section 844(i), as charged in Count 3 of this indictment, and possessed such destructive devices in furtherance of such crime; all in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i) & (B)(ii) & (C)(ii) and 2.

## COUNT 5

On or about May 21, 2001, at Clatskanie, Columbia County, in the District of Oregon, defendant DANIEL GERARD McGOWAN, also known as "Sorrell", and others known and unknown to the Grand Jury, unlawfully and willfully caused and aided, abetted, counseled, commanded, induced, and procured the malicious damaging and destroying, by means of fire and an explosive, of a building and other real and personal property used in interstate commerce and used in activities affecting interstate commerce, namely, a vehicle shop and its contents located at Jefferson Poplar Farms, 79114 Collins Road, Clatskanie, Columbia County, Oregon; all in violation of Title 18, United States Code, Sections 844(i) and 2.

## COUNT 6

On or about May 21, 2001, at Clatskanie, Columbia County, in the District of Oregon, defendant DANIEL GERARD McGOWAN, also known as "Sorrell", and others known and unknown to the Grand Jury, unlawfully and willfully caused and aided, abetted, counseled, commanded, induced, and procured the malicious damaging and destroying, by means of fire and an explosive, of a vehicle used in interstate commerce

Page 3 -   INDICTMENT

and used in activities affecting interstate commerce, namely, a 1996 Ford truck bearing Oregon license number UMZ 923, located at Jefferson Poplar Farms, 79114 Collins Road, Clatskanie, Columbia County, Oregon; all in violation of Title 18, United States Code, Sections 844(i) and 2.

## COUNT 7

On or about May 21, 2001, at Clatskanie, Columbia County, in the District of Oregon, defendant DANIEL GERARD McGOWAN, also known as "Sorrell", and others known and unknown to the Grand Jury, unlawfully and willfully caused and aided, abetted, counseled, commanded, induced, and procured the malicious damaging and destroying, by means of fire and an explosive, of a vehicle used in interstate commerce and used in activities affecting interstate commerce, namely, a 1997 Ford truck bearing Oregon license number VNS 404, located at Jefferson Poplar Farms, 79114 Collins Road, Clatskanie, Columbia County, Oregon; all in violation of Title 18, United States Code, Sections 844(i) and 2.

## COUNT 8

On or about May 21, 2001, at Clatskanie, Columbia County, in the District of Oregon, defendant DANIEL GERARD McGOWAN, also known as "Sorrell", and others known and unknown to the Grand Jury, unlawfully and willfully caused and aided, abetted, counseled, commanded, induced, and procured the malicious damaging and destroying, by means of fire and an explosive, of a vehicle used in interstate commerce and used in activities affecting interstate commerce, namely, a 1997 Ford truck bearing Oregon license number VHQ 661, located at Jefferson Poplar Farms, 79114 Collins

Road, Clatskanie, Columbia County, Oregon; all in violation of Title 18, United States Code, Sections 844(i) and 2.

## COUNT 9

On or about May 21, 2001, at Clatskanie, Columbia County, in the District of Oregon, defendant DANIEL GERARD McGOWAN, also known as "Sorrell", and others known and unknown to the Grand Jury, unlawfully and willfully caused and aided, abetted, counseled, commanded, induced, and procured the malicious damaging and destroying, by means of fire and an explosive, of a vehicle used in interstate commerce and used in activities affecting interstate commerce, namely, a 1984 Ford truck bearing Oregon license number CXR 901, located at Jefferson Poplar Farms, 79114 Collins Road, Clatskanie, Columbia County, Oregon; all in violation of Title 18, United States Code, Sections 844(i) and 2.

## COUNT 10

On or about May 21, 2001, at Clatskanie, Columbia County, in the District of Oregon, defendant DANIEL GERARD McGOWAN, also known as "Sorrell", and others known and unknown to the Grand Jury, unlawfully and willfully caused and aided, abetted, counseled, commanded, induced, and procured the malicious damaging and destroying, by means of fire and an explosive, of a vehicle used in interstate commerce and used in activities affecting interstate commerce, namely, a 1981 GMC truck bearing Oregon license number NA41574, located at Jefferson Poplar Farms, 79114 Collins Road, Clatskanie, Columbia County, Oregon; all in violation of Title 18, United States Code, Sections 844(i) and 2.

Page 5 -        INDICTMENT

## COUNT 11

On or about May 21, 2001, at Clatskanie, Columbia County, in the District of Oregon, defendant DANIEL GERARD McGOWAN, also known as "Sorrell", and others known and unknown to the Grand Jury, unlawfully and willfully caused and aided, abetted, counseled, commanded, induced, and procured the malicious damaging and destroying, by means of fire and an explosive, of a vehicle used in interstate commerce and used in activities affecting interstate commerce, namely, a 1990 Ford truck bearing Oregon license number 283 ACE, located at Jefferson Poplar Farms, 79114 Collins Road, Clatskanie, Columbia County, Oregon; all in violation of Title 18, United States Code, Sections 844(i) and 2.

## COUNT 12

On or about May 21, 2001, at Clatskanie, Columbia County, in the District of Oregon, defendant DANIEL GERARD McGOWAN, also known as "Sorrell", and others known and unknown to the Grand Jury, unlawfully and willfully caused and aided, abetted, counseled, commanded, induced, and procured the malicious damaging and destroying, by means of fire and an explosive, of a vehicle used in interstate commerce and used in activities affecting interstate commerce, namely, a 1990 Ford truck bearing Oregon license number 282 ACE, located at Jefferson Poplar Farms, 79114 Collins Road, Clatskanie, Columbia County, Oregon; all in violation of Title 18, United States Code, Sections 844(i) and 2.

/ / /

/ / /

## COUNT 13

On or about May 21, 2001, at Clatskanie, Columbia County, in the District of Oregon, defendant DANIEL GERARD McGOWAN, also known as "Sorrell", and others known and unknown to the Grand Jury, unlawfully and willfully caused and aided, abetted, counseled, commanded, induced, and procured the malicious damaging and destroying, by means of fire and an explosive, of a vehicle used in interstate commerce and used in activities affecting interstate commerce, namely, a 1990 Ford truck bearing Oregon license number 361 ACC, located at Jefferson Poplar Farms, 79114 Collins Road, Clatskanie, Columbia County, Oregon; all in violation of Title 18, United States Code, Sections 844(i) and 2.

## COUNT 14

On or about May 21, 2001, at Clatskanie, Columbia County, in the District of Oregon, defendant DANIEL GERARD McGOWAN, also known as "Sorrell", and others known and unknown to the Grand Jury, unlawfully and willfully caused and aided, abetted, counseled, commanded, induced, and procured the malicious damaging and destroying, by means of fire and an explosive, of a vehicle used in interstate commerce and used in activities affecting interstate commerce, namely, a 1989 Ford truck bearing Oregon license number PWV 249, at Jefferson Poplar Farms, 79114 Collins Road, Clatskanie, Columbia County, Oregon; all in violation of Title 18, United States Code, Sections 844(i) and 2.

///

///

Page 7 -       INDICTMENT

## COUNT 15

On or about May 21, 2001, at Clatskanie, Columbia County, in the District of Oregon, defendant DANIEL GERARD McGOWAN, also known as "Sorrell", and others known and unknown to the Grand Jury, unlawfully and willfully caused and aided, abetted, counseled, commanded, induced, and procured the malicious damaging and destroying, by means of fire and an explosive, of a building and other real and personal property used in interstate commerce and used in activities affecting interstate commerce, namely, a shop and office building and its contents located at Jefferson Poplar Farms, 79114 Collins Road, Clatskanie, Columbia County, Oregon; all in violation of Title 18, United States Code, Sections 844(i) and 2.

## COUNT 16

On or about May 21, 2001, at Clatskanie, Columbia County, in the District of Oregon, defendant DANIEL GERARD McGOWAN, also known as "Sorrell", and others known and unknown to the Grand Jury,  unlawfully and willfully caused and aided, abetted, counseled, commanded, induced, and procured the malicious damaging and destroying, by means of fire and an explosive, of a vehicle used in interstate commerce and used in activities affecting interstate commerce, namely, a 1997 Ford truck bearing Oregon license number VHQ 660, located at Jefferson Poplar Farms, 79114 Collins Road, Clatskanie, Columbia County, Oregon; all in violation of Title 18, United States Code, Sections 844(i) and 2.

Page 8 -    INDICTMENT

Dated this __16th__ day of November, 2005.

A TRUE BILL.

/s/ Grand Jury Foreperson

_____
OFFICIATING FOREPERSON

Presented by:

KARIN J. IMMERGUT
United States Attorney
District of Oregon

_____
JOHN C. RAY, OSB #72319
Assistant United States Attorney

_____
KIRK A. ENGDALL, OSB #81215
Assistant United States Attorney

_____
STEPHEN F. PEIFER, OSB #74252
Assistant United States Attorney

Page 9 -     INDICTMENT